IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-31295
Summary Calendar
_____

DAVID MYERS,

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-2760
- - - - - - - - - -

September 16, 1998

Before REAVLEY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

    David Myers appeals from the dismissal of his complaint for

judicial review of the decision of the Commissioner of Social

Security denying him disability and supplemental security income

benefits.  Myers contends that the Commissioner erred by failing

to recognize that Dr. Stanton Moldovan is a psychiatrist and

neurologist; that the Commissioner erred by ordering consultative

examinations without first recontacting Dr. Moldovan; that the

Commissioner was required to allow Dr. Moldovan to conduct any

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

consultative examinations; and that the Commissioner erred by failing to consider Dr. Roy L. Sasser a treating physician.

Regarding Myers's contentions about Dr. Moldovan, we have reviewed the record and the briefs of the parties and we find no reversible error.  Accordingly, we affirm for essentially the reasons relied upon by the district court.  *Myers v. Chater*, No. 96-CV-2760 (Oct. 24, 1997).  Myers did not exhaust administrative remedies regarding his contention about Dr. Sasser; we do not consider Myers's contention.  *Paul v. Shalala*, 29 F.3d 208, 210 (5th Cir. 1994).

AFFIRMED.